# United States District Court
# For The Western District of North Carolina
# Asheville Division

Terrance L. James-Bey,

    Petitioner(s),                        JUDGMENT IN A CIVIL CASE

vs.                                              1:11cv136

State of North Carolina, et al.,

    Respondent(s).

DECISION BY COURT. This action having come before the Court by Order and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 12, 2012 Order.

                                       Signed: January 12, 2012

                                       Frank G. Johns, Clerk
                                       United States District Court