UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
1:11-cv-136-RJC

| TERRANCE L. JAMES-BEY, | ) | |
| --- | --- | --- |
| Petitioner, | ) | |
| v. | ) | ORDER |
| STATE OF NORTH CAROLINA, NORTH CAROLINA DEPARTMENT OF CORRECTIONS, UNITED STATES COPRORATION, | ) | |
| Respondent. | ) | |

**THIS MATTER** comes before the Court upon Petitioner Terrance L. James-Bey's ("Plaintiff") Notice of Appeal. (Doc. No. 15). The Court dismissed Petitioner's habeas petition on January 12, 2012 because it plainly appeared that his claim was meritless. (Doc. No. 9).

Rule 11(a) of the Rules Governing Section 2254 Cases requires this Court to issue or deny a certificate of appealability. Having held Petitioner's habeas petition meritless, the Court denies Petitioner a certificate of appealability. See 28 U.S.C. § 2253(c)(2); Miller–El v. Cockrell, 537 U.S. 322, 338 (2003).

**IT IS, THEREFORE, ORDERED** that Petitioner is **DENIED** a certificate of appealability.

Signed: May 2, 2012

Robert J. Conrad, Jr.
Chief United States District Judge